NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1541

MTS SYSTEMS CORPORATION,

Plaintiff-Appellee,

v.

HYSITRON INCORPORATED,

Defendant-Appellant.

Nicholas S. Boebel, Myers, Boebel & MacLeod L.L.P., of Minneapolis, Minnesota, argued for plaintiff-appellee.

David P. Pearson, Winthrop & Weinstine, P.A., of Minneapolis, Minnesota, argued for defendant-appellant.  With him on the brief were Thomas H. Boyd and Brent A. Lorentz.

Appealed from:   United States District Court for the District of Minnesota

Chief Judge Michael J. Davis

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1541

MTS SYSTEMS CORPORATION,

Plaintiff-Appellee,

v.

HYSITRON INCORPORATED,

Defendant-Appellant.

# Judgment

ON APPEAL from the     United States District Court for the District of Minnesota

in CASE NO(S).     06-CV-3853

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and GAJARSA, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED April 8, 2010        /s/ Jan Horbaly
                                     Jan Horbaly, Clerk